STATE USE OF THE STATE BANK vs. CARROLL ET AL.

The cases of *State Bank vs. Barber et al.* 7 *Eng.* 775, and *State Bank vs. Fowler and Pike*, 14 *Ark.* 164, approved.

*Appeal from the Circuit Court of Pulaski county.*

S. H. HEMPSTEAD for the appellant.

WATKINS & GALLAGHER, for the appellees.

Mr. Justice SCOTT delivered the opinion of the Court.

The only question of law involved in this case, was decided by this Court in the case of the *State Bank vs. Barber*, 7 *Eng . R.* 775, and affirmed in the case of the *State Bank vs. Fowler & Pike*, 14 *Ark. R. p.* 164.

Absent, Hon. THOS. B. HANLY.